UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Case Number: 07-02546-DD |
| ) | |
| BROAD CREEK EDGEWATER, LP, ) | Chapter 7 |
| ) | |
| DEBTOR ) | |
| _____) | |

## RESPONSE TO MOTION TO CONVERT

NOW COMES Field & Golan, LLP, Golan & Christie, LLP, and Byrne Acquisition Group, LLC, joined by Thomas & Hutton Engineering Co., ("Petitioning Creditors"), in response to the Motion to Convert filed by the Debtor on June 21, 2007, and shows the Court as follows:

1. The Petitioning Creditors filed this Involuntary Proceeding on May 8, 2007, under Chapter 7 of the United States Bankruptcy Code.

2. That no responsive pleading was filed to the Petition and the Court entered the Order for Relief on June 7, 2006.

3. The Debtor has hired qualified counsel, a qualified real estate consultant with specific knowledge of the property and obtained unsecured post-petition financing that will allow the Debtor to orderly market and sell the property realizing the highest value of the assets.

4. The Petitioning Creditors will seek to participate in the formation of a Committee of Unsecured Creditors organized and appointed under 11 U.S.C. §1102 and seek to have an active role in the case after conversion as provided in the Bankruptcy Code.

1

5.   The Petitioning Creditors are informed and believe that it is likely that there will be sufficient proceeds from the sale of the property to make a substantial distribution to unsecured creditors and to cover the expenses of administration in Chapter 11.

6.   The Petitioning Creditors therefore believe that it is in their interest and in the best interest of the estate to allow the conversion of the case to a Chapter 11 proceeding.

WHEREFORE the Petitioning Creditors request that the Court allow the Motion filed by the Debtor to convert the case and request such other and further relief as the Court deems just and proper.

J. Ronald Jones, Jr.
CLAWSON & STAUBES, LLC
126 Seven Farms Drive, Suite 200
Charleston, SC 29492-8144
Telephone: (843) 577-2026

Attorneys for Petitioning Creditors

Charleston, South Carolina

June 27, 2007

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 07-02546-dd |
| | ) | |
| BROAD CREEK EDGEWATER, LP, | ) | Chapter 7 |
| | ) | |
| DEBTOR | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Glenda F. Parker, of CLAWSON & STAUBES, LLC, Attorneys at Law, hereby certify that: I am, and at all times hereinafter-mentioned am, more than eighteen (18) years of age; That on the 27th day of June, 2007, I served copies of the foregoing Response to Motion to Convert upon all parties on the attached mailing list by mailing a copy thereof, postage prepaid;

Mailing list is attached.

*/s/ Parker*
Glenda F. Parker
Paralegal for J. Ronald Jones, Jr.
U.S. District Court I.D. 5874
of CLAWSON & STAUBES, LLC
126 Seven Farms Drive, Suite 200
Charleston, SC 29492
Telephone: (843) 577-2026
Attorneys for Petitioning Creditors

R. Geoffrey Levy, Esquire
2300 Wayne Street
Columbia, SC 29201

Michael M. Beal, Esquire
P. O. Box 11390
Columbia, SC 29211

Stephen E. Carter, Esquire
P. O. Drawer 3
Hilton Head Island, SC 29938-0003

Michael W. Mogil, Esquire
Suite 303 Professional Building
Hilton Head Island, SC 29928

Dave Schmitt, Esquire
Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602

Barbara Yong, Esquire
Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602

Stephen Golan, Esquire
Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602

Mr. John Byrne
Byrne Acquisition Group, LLC
454 S. Anderson Road
Rock Hill, SC 29730

William P. Bray, Esquire
4701 Hedgemore Drive, Suite 816
Charlotte, NC 28209

Mr. David Smoak, Controller
Thomas & Hutton Engineering Co.
P. O. Box 2727
Savannah, GA 31402-2727

Joseph F. Buzhardt, III, Esquire
Office of the United States Trustee
Via CM/ECF Notification
1835 Assembly Street, Suite 953
Columbia, SC 29201